In the Matter of the Application of the MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands Required for the Purpose of Opening Vanderbilt Avenue West.

In the Matter of the Claim of ELIZABETH RANSFORD, Respondent.

*Matter of Mayor, etc., of N. Y. (Vanderbilt Ave. West),* 119 App. Div. 882, affirmed.

(Argued October 2, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1907, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceeding.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly, John P. Dunn* and *Thomas C. Blake* of counsel), for appellant.

*S. Livingston Samuels* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.